1  BENJAMIN B. WAGNER
   United States Attorney
2  RICHARD J. BENDER
   ROSS K. NAUGHTON
3  Assistant United States Attorney
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6  Attorneys for Plaintiff
   United States of America
7

**FILED**
MAR 17 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,                     | CASE NO. 2:16-SW-0141 KJN
12 |                          Plaintiff,            |
13 |              v.                                | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT
14 | 2025 28th Street, #103, Sacramento, California, |
15 | including any and all attachments, attics, basements, garages, carports, outbuildings, |
16 | appurtenances and grounds that are part of the rented space of unit number 103. |

17

18       The government's request to unseal the Search Warrant and this case is GRANTED.

19  Dated: March 17, 2016

20                                          _____
                                            KENDALL J. NEWMAN
21                                          U.S. Magistrate Judge

22                                          **Carolyn K. Delaney**
                                            **U.S. Magistrate Judge**